No. 558. TAYLOR *v.* PORTER, PRICE ADMINISTRATOR. November 18, 1946. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. THE

CHIEF JUSTICE took no part in the consideration or decision of this application. Petitioner *pro se*. *Acting Solicitor General Washington, Richard H. Field* and *Harry H. Schneider* for respondent.